IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ROBERT EARL BUTTS, | : |
| Petitioner, | : |
| vs. | : CIVIL ACTION NO. 5:13-CV-194 (MTT) |
| BRUCE CHATMAN, | : |
| Respondent. | : |

## ORDER

In two recent decisions, the Eleventh Circuit held that the Georgia Supreme Court's summary denial of a state habeas petitioner's application for a certificate of probable cause to appeal is the final state court decision that this Court must review under 28 U.S.C. § 2254(d).  *See Jones v. GDCP Warden*, 753 F.3d 1171, 1182 (11th Cir. 2014); *Hittson v. GDCP Warden*, 759 F3d 1210, 1231-33 (11th Cir. 2014).  In Hittson, the Eleventh Circuit clearly held that this Court should not review the reasoning or analysis in the state habeas court's order.  759 F.3d at 1233 n.25.  Instead, it must "review the record before the Georgia Supreme Court to 'determine what arguments or theories supported, or … could have supported, the state court's decision.'"  759 F.3d at 1232 (quoting *Harrington v. Richter*, 131 S. Ct. 770, 786 (2011)).

In briefs filed by February 13, 2015, the parties are **ORDERED** to address *Jones* and *Hittson*.[1]  The briefs shall not exceed 30 pages.  There will be no extensions

---

[1] The Court notes that in a third recent case, the Eleventh Circuit seemed to hold that notwithstanding *Jones* and *Hittson*, a state habeas court's finding of procedural default still prevents this Court from considering the merits of any procedurally defaulted claim, absent a showing of cause and prejudice or fundamental miscarriage of justice.  *Lucas v. Warden*, GDCP, 771 F.3d 785, 801 (11th Cir. 2014).  In other words, a state habeas court's finding of procedural default must still be treated as such and this Court does not assume that the Georgia Supreme Court addressed the procedurally defaulted claim on the merits.  If the question of procedural default is present in this case, the parties should address how this issue has been impacted by *Jones* and *Hittson*, in light of *Lucas*.

granted and no reply briefs will be accepted or considered by the Court.

**SO ORDERED**, this 13th day of January, 2015.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT
